■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIA MARTINEZ, Appellant. [705 NYS2d 232] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (George, J.), rendered June 30, 1997, convicting her of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Bracken, Luciano and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELROY M. McDUFFIE, Appellant. [704 NYS2d 871] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered July 14, 1997, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and, imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that a statement made by the Supreme Court during voir dire unduly prejudiced him is unpreserved for appellate review (*see,* CPL 470.05 [2]), and we decline to reach that issue in the exercise of our interest of justice jurisdiction. Altman, J. P., Friedmann, Krausman and Feuerstein, JJ., concur.